UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MONA S. MURILLO,
CDCR # P43503,
Plaintiff,

v.

JONATHAN P. COTA, et al.,
Defendants.

Case No.: 25-cv-0574-BJC-VET

**ORDER:**

**(1) GRANTING PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT (ECF NO. 79); and**

**(2) DENYING AS MOOT ECF NOS. 66, 67, 69, 76, 77**

Before the Court are the following motions (collectively "Motions"):

1. Plaintiff's June 24, 2026 Motion for Default Judgment (ECF No. 66);

2. Defendants' Motion to Strike Plaintiff's Motion for Default Judgment (ECF No. 67);

3. Plaintiff's Motion for Reconsideration (ECF No. 69);

4. Plaintiff's Notice of Intent to Stand by Original Complaint (ECF No. 76);

5. Defendants' *Ex Parte* Motion for Screening or, in the Alternative, Request for Extension of Time to File a Responsive Pleading (ECF No. 77); and

6. Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 79).

Having considered the Motions, the record before it, and for the reasons discussed below, Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**. ECF No. 79. The remaining Motions are **DENIED AS MOOT**. ECF Nos. 66–67; 69; 76–77.

The Court first addresses Plaintiff's Motion for Leave to File a Second Amended Complaint. ECF No. 79. Plaintiff states that she wishes to file a Second Amended Complaint "with all the claims she wishes to move forward with and curing any deficiencies in the original screening order and substituting the John Doe Defendants by their now known names and titles." *Id.*

Amendment of pleadings in federal actions is governed by Rule 15 of the Federal Rules of Civil Procedure. A complaint generally may be amended once as a matter of course. Fed. R. Civ. P. 15(a). Thereafter, leave to amend is within the Court's discretion. Fed. R. Civ. P. 15(a); *Swanson v. United States Forest Service*, 87 F.3d 339, 343 (9th Cir. 1996). A court generally considers four factors in deciding a motion for leave to amend: (1) undue delay, (2) bad faith or dilatory motive, (3) futility of amendment, (4) prejudice to the opposing party. *Forman v. Davis*, 371 U.S. 178, 182 (1962).

Having considered the above factors, and taking into account Plaintiff's *pro se* status, the Court finds it appropriate to grant Plaintiff leave to file a Second Amended Complaint. Accordingly, Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**. ECF No. 79.

Because the Court grants Plaintiff leave to file an amended complaint, the remaining pending motions are **DENIED AS MOOT**. ECF NOS. 66–67; 69; 76–77.

**<u>CONCLUSION AND ORDER</u>**

For the reasons set forth above, the Court **ORDERS** as follows:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**. ECF No. 79.

2. Plaintiff's Motion for Default Judgment (ECF No. 66), Defendants' Motion to Strike Plaintiff's Motion for Default Judgment (ECF No. 67), Plaintiff's Motion for

Reconsideration (ECF No. 69), Plaintiff's Notice of Intent to Stand by Original Complaint (ECF No. 76), and Defendants' *Ex Parte* Motion for Screening or, in the Alternative, Request for Extension of Time to File a Responsive Pleading (ECF No. 77), are each **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to docket as a separate docket entry the Proposed Second Amended Complaint currently at Docket Number 79-1.

4. Defendants must answer or otherwise respond to the Second Amended Complaint by no later than **December 11, 2026**.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Honorable Benjamin J. Cheeks
United States District Judge